Gerald W. Getty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Walter Parrish and Jeffrey Randall, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM E. PRESNELL (Impleaded), Defendant-Appellant.

(No. 56546;

First District—April 24, 1972.

Gerald M. Werksman, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Michael J. Goldstein, Assistant State's Attorneys, of counsel,) for the People.